**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7922**

_____

SHAKA MACUMBA ZULU X, a/k/a Michael Wayne
Montgomery,

                                        Plaintiff - Appellant,

          versus

RICHARD BUNDRICK, Inmate Relations Coordinator
at the Maximum Security Unit; SOUTH CAROLINA
DEPARTMENT OF CORRECTIONS,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-95-741-6-3AK)

_____

Submitted:  March 19, 1996          Decided:  May 30, 1996

_____

Before HALL and NIEMEYER, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Shaka Macumba Zulu X, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying re-lief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. X v. Bundrick, No. CA-95-741-6-3AK (D.S.C. Oct. 24, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED